IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | S U P E R S E D I N G<br>I N D I C T M E N T |
| v. | Case No. 1:16-cr-00179 |
| LONNIE DALE SPOTTED BEAR | Violations:  18 U.S.C. §§ 2241(c),<br>2244(a)(5), and 1153 |

COUNT ONE

**Aggravated Sexual Abuse of a Child Under 12 Years of Age**

The Grand Jury Charges:

Between on or about August 23, 2010, and on or about August 23, 2011, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

LONNIE DALE SPOTTED BEAR,

an Indian, knowingly engaged in and attempted to engage in a sexual act, that is, contact between the mouth and the vulva with S.H., a person who had not attained the age of twelve (12) years;

In violation of Title 18, United States Code, Sections 2241(c) and 1153.

## COUNT TWO

**Aggravated Sexual Abuse of a Child Under 12 Years of Age**

The Grand Jury Further Charges:

Between on or about December 16, 2009, to on or about December 16, 2010, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

LONNIE DALE SPOTTED BEAR,

an Indian, knowingly engaged in and attempted to engage in a sexual act, that is, contact between the mouth and the vulva with N.H.E., a person who had not attained the age of twelve (12) years;

In violation of Title 18, United States Code, Sections 2241(c) and 1153.

COUNT THREE

**Attempted Aggravated Sexual Abuse of a Child Under 12 Years of Age**

The Grand Jury Further Charges:

Between on or about December 16, 2013, and on or about December 16, 2014, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

LONNIE DALE SPOTTED BEAR,

an Indian, knowingly attempted to engage in a sexual act with N.H.E., a person who had not attained the age of twelve (12) years, and the attempted sexual act consisted of the intentional touching, not through the clothing, of the genitalia of N.H.E., a person who had not attained the age of sixteen (16) years, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person;

In violation of Title 18, United States Code, Sections 2241(c) and 1153.

COUNT FOUR

**Abusive Sexual Contact of a Child Under 12 Years of Age**

The Grand Jury Further Charges:

Between on or about November 1, 2009, and on or about December 30, 2011, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

LONNIE DALE SPOTTED BEAR,

an Indian, knowingly engaged in sexual contact with M.S., a person who had not attained the age of twelve (12) years, and the sexual contact was the intentional touching, directly and through the clothing, of the genitalia and groin of M.S., with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person;

In violation of Title 18, United States Code, Sections 2244(a)(5) and 1153.

A TRUE BILL:

/s/ Grand Jury Foreperson
Foreperson

/s/ Christopher C. Myers
CHRISTOPHER C. MYERS
United States Attorney

JJO/am