IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LONNIE DALE SPOTTED BEAR,<br><br>Defendant. | Case No. 1:16-cr-00179<br><br>**UNITED STATES' WITNESS LIST** |

1. S.H. – Minor female child.

2. N.H.E. – Minor female child.

3. M.S. – Minor female child.

4. Christal Halseth – MSW, LSW, Child Forensic Interviewer, Northern Plains Children's Advocacy Center, Minot, ND.

5. Shannon Hilfer – M. Coun., LPCC, Child Forensic Interviewer, Dakota Children's Advocacy Center, Bismarck, ND.

6. Travis Hallam, New Town, ND.

7. Crystal Hallam, New Town, ND.

8. Ivetta Spotted Bear, Halliday, ND.

9. Miranda Sanderson, Bismarck, ND.

10. Brad Sanderson, Bismarck, ND.

11. Cheyenne Hallam, Fargo, ND.

12. Special Agent Bruce Bennett, FBI, Minot, ND.

2

                                      CHRISTOPHER C. MYERS
                                      United States Attorney

Dated:  August 31, 2017

                 By:     /s/ *Jonathan J. O'Konek*_____
                          JONATHAN J. O'KONEK
                          Assistant United States Attorney
                          P.O. Box 699
                          Bismarck, ND  58502-0699
                          (701) 530-2420
                          ND Bar Board ID No. 06821
                          Jonathan.OKonek@usdoj.gov
                          Attorney for United States