U.S. v. Lonnie Spotted Bear
Case No. 1:16-cr-00179
United States' Exhibit List

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Stipulation 1 – Indian/Indian Country | | | | | | | | |
| 2 | | | Certificate of Indian Blood – Lonnie Spotted Bear | | | | | | | | |
| 3 | | | Photo of S.H., N.H.E., and M.S. | | | | | | | | |
| 4 | | | Christal Halseth Curriculum Vitae | | | | | | | | |
| 5 | | | Shannon Hilfer Curriculum Vitae | | | | | | | | |
| 6 | | | N.H.E. Recorded Interview | | | | | | | | |
| 7 | | | Child Body Diagram by N.H.E. during Forensic Interview | | | | | | | | |
| 8 | | | S.H. Recorded Interview | | | | | | | | |
| 9 | | | M.S. Recorded Interview | | | | | | | | |
| 10 | | | SFN 960. Report of Suspected Child Abuse or Neglect | | | | | | | | |
| 11 | | | Map of North Dakota | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

September 8, 2017 (2:55PM)