IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **VERDICT** |
| ) | |
| vs. ) | Case No. 1:16-cr-179 |
| ) | |
| Lonnie Dale Spotted Bear, ) | |
| ) | |
| Defendant. ) | |

1. We the jury find the Defendant, Lonnie Spotted Bear,

    \_\_\_\_ Not Guilty        _X_ Guilty

    of the offense of aggravated sexual abuse of a child as set forth in Count One of the Indictment.

2. We the jury find the Defendant, Lonnie Spotted Bear,

    \_\_\_\_ Not Guilty        _X_ Guilty

    of the offense of aggravated sexual abuse of a child as set forth in Count Two of the Indictment.

3. We the jury find the Defendant, Lonnie Spotted Bear,

    \_\_\_\_ Not Guilty        _X_ Guilty

    of the offense of attempted aggravated sexual abuse of a child as set forth in Count Three of the Indictment.

4.  We the jury find the Defendant, Lonnie Spotted Bear,

   \_\_\_\_\_ Not Guilty        __X__ Guilty

of the offense of abusive sexual contact of a child as set forth in Count Four of the Indictment.

Dated this __14__ day of September, 2017.

_____
                                                          Foreperson

**NOTE:** You must answer all of the questions on the verdict form. After you have completed the verdict form, have your foreperson sign and date it, and inform the Judge that you have reached a verdict.