IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

USA

**RECEIPT FOR RETURN OF EXHIBITS**

v.

Lonnie Dale Spotted Bear

Case No.   1:16-cr-179

---

The following exhibits were received from the Office of the Clerk:

Government's Exhibits   1-12

Date  8/12/19

_Kayla Teeple_
Signature

Kayla Teeple
Printed Name