Local 2255 Judgment (Rev. 6/16)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Lonnie Dale Spotted Bear,<br><br>　　　Petitioner/Defendant<br><br>　　v.<br><br>United States of America,<br><br>　　　Respondent/Plaintiff. | **JUDGMENT ON PETITION**<br>**PURSUANT TO 28 U.S.C. § 2255**<br><br>Criminal Case No.　1:16-cr-179<br><br>Civil Case No.　　1:20-cv-002 |

**IT IS ORDERED AND ADJUDGED** that the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is dismissed, pursuant to the Order filed on July 22, 2020.

CLERK OF COURT

Date:　July 22, 2020

*/s/ Renee Hellwig, Deputy Clerk*
_____
*Signature of Clerk or Deputy Clerk*